CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKo

JAN 19 2010

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JOHN DOUGLAS CARDOZA, ) | Civil Action No. 7:09-cv-000507 |
|     Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROL WALLACE, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 19th day of January, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge